# EMERGENCY PRO SE COMPLAINT GUIDE & FILLABLE TEMPLATE

CRITICAL WARNING: You must file this Complaint at the Dirksen Federal Courthouse (Clerk's Office, 20th Floor) or via the court's electronic system before the 90-day expiration date. Because your Right to Sue letter is dated July 2, 2026, your strict deadline is Wednesday, September 30, 2026. If you miss this date, your claim against Amtrak will be permanently barred by law.

## INSTRUCTIONS TO SUBMIT YOUR EMERGENCY FILING

1. Fill Out This Template: Complete the caption block and check the boxes that apply to your case.

2. State Your Facts clearly: In Section III, write a concise chronological summary of what Amtrak did, who did it, and when.

3. Attach the EEOC Letter: You must physically clip or staple a copy of your July 2, 2026 Right to Sue Letter to the back of this complaint as 'Exhibit A'.

4. Filing Methods: Go to the U.S. District Court Clerk's Office on the 20th Floor of the Dirksen Federal Courthouse (219 S. Dearborn St., Chicago, IL). Bring the original signed complaint and 2 copies. If you cannot pay the $405 fee, request an 'In Forma Pauperis' (IFP) application at the window.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JC RECEIVED

SEP 29 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Valerie D. Cotton,
Plaintiff (Your Name)

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),
Defendant

Case No.: ____________
(To be assigned by Clerk)

Judg 1:26-cv-11929
Judge Mary M. Rowland
Magistrate Judge Gabriel A. Fuentes
RANDOM/ CAT.2

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. JURISDICTION AND VENUE

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., and/or the Americans with Disabilities Act (ADA), or Age Discrimination in Employment Act (ADEA).

2. Venue is proper in the Northern District of Illinois under 28 U.S.C. § 1391(b) because the Defendant, Amtrak, transacts substantial business and the discriminatory acts occurred at its facilities within this judicial district in Chicago, Illinois.

## II. PARTIES

3. Plaintiff resides at: 4227 W. 76th Street, Chicago, IL 60652

4. Defendant National Railroad Passenger Corporation (Amtrak) is located or doing business at its Chicago facility at: 1400 So. Lumber Street, Chicago, IL 60616

## III. STATEMENT OF CLAIM (FACTUAL ALLEGATIONS)

Provide a brief summary of what happened. Include specific dates, names of supervisors involved, and the adverse actions taken against you (e.g., termination, failure to promote, harassment). Attach extra pages if needed.

5. On or about 3/2017 - 3/8/, 2024, I was subjected to discriminatory treatment by Amtrak management because of my race / color / religion / sex / national origin / age / or disability.

6. The specific facts supporting my claim are as follows:

Alan Lewis is discriminating against me by having a conversation about my age with a co-worker and stating "I am too old to go into the Engineer Training Program

John Slone is discriminating me by overriding decisions where I was chosen to advance in to the April 8, 2024 Engineer training class but he, John Slone, singularly chose white, male candidate(s) instead.

John Slone brought charges against me, accusing me of falsifying my timecard and falsely certifying a hours of service report on 6/25/2024

## IV. ADMINISTRATIVE PREREQUISITES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC).

8. The EEOC issued a Notice of Right to Sue letter dated July 2, 2026. A true and accurate copy of this Right to Sue letter is attached hereto as Exhibit A.

## V. PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests that this Court grant judgment against Amtrak, ordering appropriate legal and equitable relief, including back pay, compensatory damages, and reinstatement or front pay, as allowed by law.

Dated: September 29, 2026

Respectfully submitted,

Valerie D. Cotto

Plaintiff's Signature (Pro Se)

Address: 4227 W. 76th St, Chicago, IL 60652
Phone: 312-391-7405

This is for informational purposes only. For medical advice or diagnosis, consult a professional. AI responses may include mistakes.

In becoming an employee of Amtrak as of December, 2015, it was my goal to advance from my Conductor position to a Passenger Engineer position.

Unfortunately my advancement has been and is being hindered by AGE, RACE and GENDER discrimination.

- AGE discrimination in the form of, at the time, Road Forman: Alan Lewis had a conversation with my co-worker, stating that I am "too old to go into the Passenger Engineer Training program."

- RACE and GENDER discrimination in the form of Road Forman, John Slone overriding decisions by panel majority, where I was the chosen candidate to advance into the program but instead John Slone selected white and/or male candidates.
- Also, John Slone brought charges against me where I was working as the Conductor, on my job, and he accused me of falsifying my timecard and falsely certifying a hours of service report for this time ticket.

Since starting this process, I have submitted in excess of 50 applications and have had numerous interviews and am still being held back from advancing into the Passenger Engineer Training Program.

EXHIBIT: A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/02/2026

**To:** Miss Valerie Cotton
4227 W. 76th street
CHICAGO, IL 60652
Charge No: 440-2024-05204

EEOC Representative and email: CELESTE COHILL
EQUAL OPPORTUNITY INVESTIGATOR
CELESTE.COHILL@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2024-05204.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
07/02/2026

Amrith Kaur Aakre
District Director

**Cc:**
Sean C Herring
Jackson Lewis
150 N MICHIGAN AVE STE 2500 CHICAGO, IL
Chicago, IL 60601

Emma R Graham
Jackson Lewis P.C.
150 N MICHIGAN AVE STE 2500
Chicago, IL 60601

Please retain this Notice for your records.